UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. BALLATORE,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Civil Action No.
11-CV-15335

HON. MARK A. GOLDSMITH

**ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED AUGUST 5, 2015 (Dkt. 50) AND (2) GRANTING IN PART PLAINTIFF'S MOTION FOR ATTORNEY FEES (Dkt. 31)**

This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Patricia T. Morris, issued on August 5, 2015. In the R&R, the Magistrate Judge recommends that Plaintiff's motion for attorney fees be granted in part, and attorney fees in the amount of $17,394.25 be awarded. The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court. Accordingly, Plaintiff's motion for attorney fees is granted, in part, and attorney fees in the sum of $17,394.25 are hereby awarded.

    SO ORDERED.

Dated: October 2, 2015  
Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 2, 2015.

                                          s/Carrie Haddon
                                          Case Manager